UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARK C. CHRISTENSON,

                        Plaintiff,

            -against-

JOHN DeBLASIO,

                        Defendant.

19-CV-10532 (CM)

CIVIL JUDGMENT

Pursuant to the order issued November 15, 2019, dismissing the complaint,

IT IS ORDERED, ADJUDGED, AND DECREED that under the June 20, 2018 order in

*Christenson v. Roe*, ECF 1:18-CV-3319, 3 (S.D.N.Y. June 20, 2019), the complaint is dismissed

without prejudice.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to

Plaintiff and note service on the docket.

SO ORDERED.

Dated:    November 15, 2019
          New York, New York

_____
        COLLEEN McMAHON
   Chief United States District Judge